# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RALPH KAHLER,<br><br>    Defendant. | Crim. Action No. 23CR312:(RC) |

## MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT RETURN OF PROPERTY

Ralph Kahler, through counsel, hereby moves the Court to modify the condition of release forbidding him to possess firearms so that the two firearms that Mr. Kahler lawfully possessed for decades are returned to him before Fairfax County Police Department destroys them per its stated policy. On September 26, 2023, Mr. Kahler and his wife, Suzanne Kahler, will plead guilty to a petty misdemeanor offense in connection with their presences at the U.S. Capitol on January 6, 2021.

The Khalers are not alleged to have engaged in any violence at the Capitol nor are they alleged to have carried their firearms there. They have no prior convictions, let alone contacts with law enforcement. They are peaceful, law abiding citizens. They have lawfully owned two firearms—a handgun and a shotgun—for twenty years. Following their plea hearing, Ralph and Suzanne will each be convicted of a petty misdemeanor offense. They have been compliant will all conditions of release. In support of this Motion, counsel states:

1. On July 6, 2023, Ralph Kahler was arrested alongside his wife, Suzanne Kahler, at their home in Great Falls, Virginia. The complaint alleged misdemeanor offenses arising out of their attendance of the "Stop the Steal" rally on January 6, 2021.

2. Mr. Kahler is 63 years old. He is retired after a career in information technology. He lives with Suzanne in northern Virginia. The two have lawfully owned and properly stored two firearms for over twenty years. They have never before been arrested for any criminal offense.

3. Following his arrest, the government requested the standard condition that Mr. Kahler not possess a firearm. The Court granted the request. *See* ECF. No. 7 (Order setting conditions of release).

4. In accordance with the release order, Mr. Kahler immediately turned his firearms (one handgun and one shotgun) over to the Fairfax County Police Department. Since then, the department sent Mr. Kahler a letter advising that if Mr. Kahler does not retrieve his firearms by September 25, 2023, the firearms will be destroyed. After Mr. Kahler received the letter, counsel assisted in locating a family member who could retrieve the firearms. Counsel shared the family member's name with pre-trial services. Pre-trial services found that the family member would be a suitable custodian of the firearms. However, when Mr. Kahler went to the police station on September 25 to retrieve the firearms in order to transfer them to the family member, an officer told him that the firearms could not be released to him for any purpose and

that Mr. Kahler would have to sell the firearms or they would be destroyed. This is a draconian condition in a petty offense case.

5. Mr. Kahler intends to plead guilty to one count of Parading and Picketing, in violation of 40 U.S.C. § 5104(e)(2)(G). According to the Statement of Offense, Mr. Kahler and his wife briefly entered the Capitol building on January 6 at approximately 3:07, almost an hour after the doors had been breached. They were inside the building for approximately three minutes. The Kahlers are not alleged to have carried any weapons or engaged in any violence at the Capitol, or at any time for that matter. Since their arrest, they have complied with all conditions of release.

6. In this case, the standard condition of release that Mr. Kahler not possess a firearm that he has lawfully owned for twenty years is not necessary to ensure the safety of the community or any person. If the firearms are not returned, they will be destroyed. Under these circumstances, Mr. Kahler respectfully moves the Court to remove the condition that he not be permitted to possess a firearm.

7. Counsel has reached out to the government for its position as soon as counsel learned the above information from Mr. Kahler, which was an hour prior to filing the instant Motion. Counsel will notify chambers should the government respond with its position.

Wherefore the reasons stated herein, Ralph Kahler, through counsel, moves the Court to permit him to possess his two firearms, which he otherwise lawfully possesses.

        Respectfully Submitted,

        **RALPH KAHLER**

        by counsel:

        A.J. Kramer
        Federal Public Defender for the
        District of Columbia


        _____/s/_____
        ELIZABETH MULLIN
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500