## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 23-312 (RC) |
| | : | |
| RALPH KAHLER, | : | Re Document No.:    18 |
| | : | |
| Defendant. | : | |

## ORDER

### GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

On July 6, 2023, Defendant Ralph Kahler appeared for a detention hearing following his arrest for offenses arising out of his actions at the U.S. Capitol on January 6, 2021. At the hearing, Magistrate Judge Faruqui ordered that Defendant be released and issued an order setting the conditions of Defendant's release. *See* ECF No. 7. One of the conditions prohibited Defendant from "possess[ing] a firearm" while on release. *Id.* at 2. In accordance with the court's order, Defendant "turned his firearms (one handgun and one shotgun) over to the Fairfax County Police Department." Def.'s Mot. to Modify Conditions of Release to Permit Return of Property ("Mot.") at 2, ECF No. 18. The Fairfax County Police Department has since notified Defendant that if he "does not retrieve his firearms by September 25, 2023, the firearms will be destroyed." *Id.* In light of that fact, Defendant now requests the Court modify the conditions of his release to allow him to "possess his two firearms." *Id.* at 4.

The Court is disinclined to grant Defendant's motion insofar as Defendant seeks to remove the condition barring him from possessing a firearm in its entirety. However, the Court recognizes that Defendant's firearms may be destroyed if he is not permitted to retrieve them from the Fairfax County Police Department in a timely manner. That being so, it is hereby

**ORDERED** that Defendant shall be permitted to take temporary possession of his firearms from the Fairfax County Police Department. It is **FURTHER ORDERED** that, within a week of his taking possession of the firearms, Defendant shall turn the firearms over to an approved third-party custodian who shall maintain possession of the weapons for the remainder of the time that Defendant remains subject to the court's conditions of his release or supervision.

**SO ORDERED.**

Dated:  9/26/2023

RUDOLPH CONTRERAS
United States District Judge

2