**LETTERS IN SUPPORT OF RALPH KAHLER**

To:   The Honorable Judge Rudolph Contreras
      United States District Court for the District of Columbia

Via:  Elizabeth Mullin, Office of the Federal Public Defender
      625 Indiana Avenue, N.W. Suite 550
      Washington, D.C. 20004.

From: Perry E. Keating

Subject:  Character References for Ralph and Suzanne Kahler

Dear Judge Contreras,

By way of introduction, my name is Perry E. Keating and I have known both Ralph and Suzanne Kahler for over 30 years. Ralph and I have worked together at the same company on several occasions, Ralph and I have been personal friends, done charitable and community activities, and I consider Ralph to be one of my closest personal friends. Through Ralph I met Sue when they invited me and my wife to their home for dinner. We have all remained friends ever since that time.

I find both Ralph and Sue to be honest, hard-working, dedicated to family, generous with their time, benevolent with their grace, and eager to share their knowledge and expertise – always willing to lend a helping hand.  Ralph and I have worked together in the Information Technology (IT) business on many projects over the years.  Ralph is smart, quick-witted, hard-working and dedicated to ensuring that projects are done properly and with high quality. Sue is equally capable and together they operate as true partners, with mutual respect and love.

Ralph has always given back to our community, evidenced by the numerous years of he and I, visiting the Veteran's Hospital to bring a smile to our veteran's faces, assisting them by accompanying them to church services and bringing them gifts during the holiday season.  Additionally, Ralph, Sue and I have been regulars at the annual Wreaths Across America wreath laying event at Arlington National Cemetery.

I believe that Ralph is a man of great faith. Together, and with others, we have discussed and debated the finer points of our faith, the importance of morality and ethics in our daily lives, and the importance of honesty, humility, and compassion in dealing with others.

As for the events of January 6, I was not downtown with Ralph and Sue, but they have shared with me that they are personally humiliated by the events and disappointed with what transpired. I believe that they thought that they were going downtown to listen to speeches by the President and others and things took a terribly wrong turn which both Ralph and Sue find contemptible. Based on what they have shared with me and my own experience with them in both business and social settings, they will never allow themselves to be involved, in any way, with such events that may have taken place on January 6, 2021.

Despite those unfortunate events, I still consider both Ralph and Sue to be of the highest moral character and some of my closest personal friends.

Very Respectfully,

*P Keating*

Perry E. Keating

| | |
|---|---|
| **From:** | Howell Russ |
| **To:** | Elizabeth Mullin; Ralph Kahler |
| **Subject:** | Good Character Letter: Ralph and Sue Kahler |
| **Date:** | Saturday, November 4, 2023 12:24:22 PM |

EXTERNAL SENDER

My name is Howell Russ. I live at 2077 Elkins Point Drive in Melbourne, FL 32935. I am a 62 year old father with 2 adult children. I have worked for the past 34 years in professional services in technical computer systems for commercial and federal clientele. I hold a public trust security clearance.

I have known Ralph since 1992 and I met his wife Sue shortly after meeting Ralph. Initially, my relationship with Ralph was professional as I worked on several of his technical projects and, over the years, Ralph and I became close friends.  Our friendship continues to be close today. We communicate frequently on a weekly basis.
I know Ralph to be a strong American citizen with excellent moral values and extremely good judgment. I know both Ralph and Sue to be honest, generous, thoughtful and very concerned for the welfare of others around them. Both Ralph and Sue are highly functioning, professional adults with excellent judgment and business acumen.  Both Ralph and Sue are ambitious leaders and have achieved much professionally and personally throughout their lives during the time I have known them. They are both very conscientious, considerate, and generous with family members, siblings, and friends.
They never refuse a request for help from anyone as far as I have witnessed.

On many occasions, I have reached out to Ralph and Sue for their assessments and opinions regarding very difficult situations involved in my life. I find their counsel to be invaluable, empathic, and wise.  They are always available to provide as much time and consideration as i need regardless of how long my issues take to sort through. I have witnessed Ralph and Sue. Interacting with their neighbors in Great Falls. Ralph and Sue are always eager to provide help with any neighbor issues and Ralph will often fix their handyman challenges for free. Neighbors come to them with requests for help often.

I know from my personal conversations with Ralph that they wish that they had never gone down to Capitol Hill on January 6th. Both are eager to make amends and put this transgression behind them. Additionally, Ralph has expressed to me that he will avoid any kind of political assembly or petition event in the future. He has expressed to me that it is now very difficult for him to even enter the city limits of Washington DC.

Sincerely,  Howell Russ

Nov. 14, 2023

The Honorable Judge Rudolph Contreras
United States District Court for the District of Columbia
c/o Ms. Elizabeth Mullin, Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004
**Via email**: *Elizabeth_Mullin@fd.org*

**RE:   *Mr. Ralph Kahler and Mrs. Suzanne Kahler***

Dear Judge Contreras,

I am friends with and neighbors of both Ralph and Suzanne Kahler. While it is regretful that they briefly entered the U.S. Capitol, we are writing to offer you a character reference, and, to support them in the best way possible. I have known Ralph and Suzanne Kahler since 2008 when we moved to Great Falls, Virginia. As their neighbor, we have become friends through neighborhood get-togethers and talking while doing yard work which is where we see them most often.

Ralph and Suzanne have always been friendly and generous in helping both friends and neighbors. They have allowed me and others to use their riding mower and leaf collecting bag on many occasions. They have lent me their truck when I needed one. When we talk, they are always eager to hear how our adult children are doing and where they are headed next.

There was a significant snowstorm several years back and Ralph plowed our former neighbor's driveway because she was a widower and wasn't capable of doing it herself. Ralph has done many household repairs and other handyman tasks free of charge for current and previous neighbors. He also graciously moves a neighbor's trash and recycling bins from the curb when they are out of town.

Despite the charges and projected settlement by both parties in this case, I am happy to call Ralph Bazan one of my friends and neighbors and ask the court for the most lenient possible sentence for their offense.

Sincerely,

*[signature: G. T. Davis]*

George T. Davis

The Honorable Judge Rudolph Contraras
United States District Court for the District of Columbia

Mr. Stephen P Wolfe

Re: Testament of Good Character of Ralph Kahler

November 9, 2023

Your Honor,

My name is Stephen P Wolfe. I am a retired Electronics Technician for the US Postal Service and a semi-professional musician. Ralph Kahler is my sister's husband. I have known Ralph in many family settings since the early 1980's and I have spent countless hours participating in deep discussion with Ralph of innumerable topics from Accounting to Zoology. Ralph and I have been together through times of celebration as well as struggles including great loss in our family. I have known Ralph as the wonderful husband to my sister, a sacrificial uncle to my son and as a great friend to me in both difficult times and in sharing our triumphs.

Ralph assisted my son during the difficulties my son encountered in a failed marriage. "Uncle Ralph," as my son refers to him, stood by my son who lives nearby in Northern Virginia as a surrogate for me since I live in Florida. His proximity allowed him to more readily consult for and work together with my son. Their collaboration created a far greater outcome than I believe I could have provided as Ralph, though without a law degree, assisted my son in gaining both legal and physical custody of his 5 year-old daughter.

I know that Ralph is a good husband to my sister, Sue, as Sue eagerly informs me so. Their bond is as strong as granite. A theme I detect in every matter is that Ralph puts his wife first and he doggedly defends her. They have stood steadfastly beside each other in their health encounters just as our parents did.

Ralph has always been frank, honest and clear in discussion, trustworthy in action, thoughtful in social affairs and gracious towards everyone I have seen him encounter. Ralph has great experience in the business world which has developed his "people skills" as well as his understanding of the myriad details of the operations of large business entities. I have witnessed Ralph's knowledge of the relationships between the systems and monies that make businesses work or fail. Ralph could have made a fine CEO or CFO at any large corporation. He has the type of awareness of differing perspectives and relationships that would make him a fine government leader. But Ralph does not simply have a deep well of varied knowledge. Ralph possesses the ability to focus on any topic requiring research and put together a clear plan to deliver a specific outcome.

Ralph is passionate about surrounding himself and Sue with the best home, the best experiences and the best planning. Ralph leaves nothing to chance and is rarely unprepared when circumstances arise.

Ralph is a model of diligence, known for his painstaking work and application to accomplish his undertakings, getting things done correctly and on time, every time, just as he did for my son. Ralph adds value to time shared with anyone. I have witnessed Ralph offering solace and assistance even with sources of enmity. He is well-spoken and uses tact and diplomacy to effectively navigate sometimes narrow passages to success with different people. Whatever I have shared with Ralph he has returned many times the value.

As a matter of shared experience, mutual respect and trust I am confident that I know Ralph Kahler very well. I offer this after a lifetime of working with peers, subordinates and different levels of the managers of diverse entities from science to arts, from business to military and government. In my personal experience Ralph's personal integrity stands head and shoulders above the majority of all the people I have encountered over sixty-eight years.

For his regretful actions on January 6 Ralph has shared with me that he is experiencing self-reproach and contrition accompanied by sleep disturbance and a daily sense of foreboding. He is aware that he may face the terrible consequences of the law which could further burden both himself and his wife Sue. I know this experience has been devastating to Ralph and Sue and that they have learned a lesson they will never forget. At this stage in their lives their health issues require professional monitoring along with each others support. Prison would be overly harsh for a couple their age with their health conditions. Prison would also be unnecessarily harsh since they both possess the intellect to fully understand their mistake, the morality to feel shame for it and the discipline to never repeat it.

And I Respectfully submit this to the Court,

Stephen P Wolfe

From:  Gary R. Wolfe



To:      The Honorable Judge Rudolph Contreras
          United States District Court for the District of Columbia

Subj:    Reference Letter for Ralph H. Kahler

December 12, 2023

Dear Judge Contreras,

My name is Gary Wolfe. I am Mr. Kahler's brother-in-law. I retired from the U.S. Navy as a Command Master Chief Petty Officer with 30 years of continuous and honorable service. I was responsible to my shipmates above and below my position for career guidance, managerial and professional development in our chosen job rating, and military readiness.

I've known Ralph since the late 1980's, before he and my sister Suzanne were married. I was honored to serve as a witness for my sister at their wedding in 1990.

Ralph is generous and caring, especially with his family. The best example of his core traits is when he helped our family cope with the sudden death of my and Suzanne's mother. He helped steady us as we made final arrangements and introduced us to, and paid for, a grief counselor. A year and a half later our father succumbed to cancer. Ralph helped us with our father's daily home care, doctor appointments and moral support. When our father passed away at home, Ralph again showed great kindness, leadership and organizational skill at a time when we were nearly paralyzed with the loss of our father, so soon after our mother was gone.

Another more recent example is when Ralph came to the aid of my nephew when he faced a contentious court case which would determine his daughter's custody between my nephew and his estranged wife. This is another time when Ralph's leadership, organizational skill and love of family helped my nephew gather

dotloop signature verification: dtlp.us/nuxl-5MpC-2HPh

pertinent, factual evidence that helped assure my nephew's daughter was cared for by the parent best equipped to do so.

In short, Ralph believes as I do that duty and commitment to family is paramount. And he is proud of our country and those who protect it.

Today Ralph is as close a brother as a brother-in-law can be. Ralph is a retired management consultant who has a sterling reputation with coworkers and clients alike. He is also great at mapping lifetime goals for him and my sister.

On January 6, 2021, Ralph and his wife Suzanne went to support a sitting president and later walked to the Capitol to hear other scheduled speakers. They had no malicious intent and were shocked and disappointed to hear when they got home there had been violence. In speaking with Ralph, he expressed remorse for entering the building and if he had to do it over would not have entered. Having known Ralph and his family for 35-plus years I have absolutely no doubt of his sincerity.

Respectfully,

*Gary R Wolfe*

dotloop verified
12/07/23 8:42 PM EST
EDHH-X2T6-5YOT-N38M

Gary R. Wolfe
Command Master Chief, USN/Retired

**The Honorable Judge Rudolph Contreras**
**United States District Court for the District of Columbia**

**Dear Judge Contreras,**

My name is Philip Michael Wolfe. I am a nephew of Ralph and Suzanne Kahler. I am 37 years old. I live in Warrenton, Virginia, with my six year old daughter Charlotte, for whom I have sole legal and full physical custody. I have known my aunt and uncle all of my life. I would describe my current relationship with them as very close. We are very involved in each others lives, talk on almost a daily basis, visit with each other regularly, and most importantly, they are very close with my daughter and have been our primary support for a number of years.

Both my aunt and uncle are kind, loving, compassionate, and generous people. Beyond being family members, they are mentors to me. I confide in them, seek guidance from them, and view them as role models for my own personal development. When I was facing marital problems, that ultimately resulted in divorce, my aunt and uncle were the first ones that I called. They supported me every step of the way, through very difficult times, when I was under the threat of losing my child. Not only did they provide me emotional support, they helped me construct my case, they went with me to every meeting with every attorney involved in my custody and child support case and they supported my daughter who has been challenged with emotional and behavioral issues brought on by the mental illness that affects her mother. They were witnesses for me in court, and were even cited by the judge, in his ruling, as being highly credible and significantly and beneficially involved in my daughter's life. Had they not provided the support that they did to me or been so involved with my daughter, her schools and her therapists, it is unlikely that I would have been granted sole legal and full physical custody. My daughter has her own room at their house and always asks and looks forward to spending time with Aunt Sue and Uncle Ralph. They have been a constant in her life from the day that she was born.

Beyond all of the support that they have provided me, I have witnessed their thoughtfulness and generosity with others, to include other family members, neighbors and friends. My uncle is quite knowledgeable and skilled at home construction and repair. He has helped me with various projects, and I have witnessed him helping other family, neighbors and friends with the same. He is always happy to share his knowledge and skills in what he might describe as a "teachable moment."

When I reached out to my uncle regarding an automotive repair issue for a close friend of mine, who as another single parent has to consider each extra monthly expense, my uncle offered to help. That not only saved my friend significant money, but it afforded a peace of mind knowing that the problem would be taken care of. His rationale for doing so was that this person had helped me in watching my daughter in the past, without compensation, and if we could do something of value for them, then we should. I have never known them to expect anything in return. The simple satisfaction in helping others is enough. What might also be important to note, is that while it may be my uncle that provides the skills necessary to do the job, my aunt is right there with him, each and every time. They work exceptionally well together, rely on each other and consider each other in everything that they do. They are a relationship role model for me.

Concerning the events that took place on January 6, 2021, I know, having spoken with them at length, that they would never again allow themselves to be involved in any situation that might even possibly be questionable or in violation of the law. They are not violent people. They are not radical in their beliefs. I have never known them to participate in any protest of any sort. They are very calm, rational and even

keeled. Most importantly, they are haunted by the fear that any of this could have impacted my daughter in any way. Had my daughter been in their care on the day that their house was raided by law enforcement, I cannot even imagine the guilt that they would be forced to endure. Both my aunt and uncle, once finding out what had happened in other areas of the Capital through the media, were shocked with those unfortunate events and did not understand what prompted some others to take the actions that they took over the course of that day. They are not a threat to society, instead they are an asset to those around them.

Sincerely,

Philip Michael Wolfe